IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER ALEXANDER SORTO, § *Petitioner*, § § v. § § CIV. NO. 4:10-CV-613 BOBBY LUMPKIN, Director, § (Death Penalty Case) Texas Department of Criminal § Justice, Correctional Institutions § Division, § *Respondent*. § | |

# ORDER

The Court **GRANTS** Respondent Bobby Lumpkin's motion for substitution of counsel. Accordingly, Katherine Hayes is removed as counsel of record for Respondent and Ali Nasser is substituted in her place.

The clerk will deliver a copy of this order to the parties.

SIGNED on \_\_\_\_August 16_____, 2021

Keith P. Ellison
United States District Judge