IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WALTER ALEXANDER SORTO,** | § § § | |
| Petitioner, | § § § § | |
| -vs- | § § | CIVIL NO. 4:10-CV-00613 |
| | § § | ***DEATH PENALTY CASE*** |
| | § § | |
| **BOBBY LUMPKIN**, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § § | |
| Respondent. | § | |

_____

**ADVISORY**
_____

On June 20, 2022, the undersigned informed this Court that, pursuant to this Court's order authorizing funding, Dr. Gilbert Martinez completed the interviews of Sorto's family members (necessary to determine whether Sorto satisfies the criteria for intellectual disability) on June 15. Counsel further informed the Court that he anticipated Dr. Martinez would issue a report of his findings by

July 5. Counsel spoke to Dr. Martinez on Friday, July 8; Martinez informed the undersigned that he would be unable to complete his report until August, but assured Counsel he would complete it in August. Counsel anticipates no additional delays and will inform the Court promptly as soon as Dr. Martinez's report is received.

Respectfully submitted,

s/ David R. Dow

_____

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131
Email ddow@central.uh.edu

*Counsel to Walter Alexander Sorto*

## CERTIFICATE OF SERVICE

I certify that July 13, 2022, a copy of the foregoing pleading was electronically served on counsel for the Respondent by filing the document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

s/ David R. Dow

_____

David R. Dow