United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER ALEXANDER SORTO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | H-10-CV-613 |
| | § | |
| BOBBY LUMPKIN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## AMENDED FINAL JUDGMENT

Pending further instruction from the Court of Appeals, the Court **DENIES** Walter Alexander Sorto's petition for a writ of habeas corpus and **DISMISSES** this case **WITH PREJUDICE**.

**SIGNED** at Houston, Texas, on this __17th__ day of November, 2022.

_____
KEITH P. ELLISON
United States District Judge